# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 21-06317 |
| Carlos Torres, ) | | |
| ) | Chapter: | 13 |
| Debtor. ) | | |
| ) | Honorable Judge: | David D. Cleary |

### NOTICE OF MOTION

TO: See attached service list.

      PLEASE TAKE NOTICE that on January 9, 2022, at 1:30 p.m., I shall appear before the Honorable Judge David D. Cleary, or any Judge sitting in that Judge's place, either in courtroom 644 of the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604, or electronically as described below, and present the **MOTION TO VACATE DISMISSAL**, a copy of which is attached.

      **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

      **You may appear electronically by video or by telephone.**

      **To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID **161 122 6457** and Passcode: **Cleary644**.

      **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID **161 122 6457** and Passcode: **Cleary644**.

      **Meeting ID and password**. The meeting ID for this hearing is **161 122 6457** and Passcode: **Cleary644**. The meeting ID and password can also be found on the judge's page on the court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I served a copy of this Notice with the motion attached upon the parties listed above and as indicated on the attached service list, by causing service via electronic transmission through ECF or by mailing same in a properly addressed envelope, postage prepaid, and depositing same in the U.S. Mail from 2155 W. Roscoe Street, Chicago, Illinois, before the hour of 5:00 p.m. on the 22nd day of December 2022.

                                                                       /s/ Michael J. Gunderson
                                                                       Attorney for Debtor

The Gunderson Law Firm
2155 W. Roscoe Street
Chicago, Illinois 60618
Tel:    312.600.5000
bankruptcy@chicago.com

# **SERVICE LIST**

**Via Court Electronic Notification.**

Brian P. Deshur
brian@freydinlaw.com

David Freydin
david.freydin@freydinlaw.com

Marilyn O Marshall
courtdocs@chi13.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Via US Mail To;**

Carlos Torres
5211 S. Richmond Avenue
Chicago, IL 60632

Affirm Inc.
2828 N. Clark St., #426
Chicago, IL 60657

Affirm Inc.
650 California St. Fl 12
San Francisco, CA 94108

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Brandon S. Leftkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034

Citibank
PO Box 790034
St. Louis, MO 63179

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

Citibank
701 E. 60th St. North
Sioux Falls, SD 57104

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083

Discover Bank
PO Box 3025
New Albany, OH 43054

First Financial Credit Union
5550 W. Touhy Ave., Suite 102
Skokie, IL 60077

First National Bank of Omaha
1620 Dodge St, Stop Code 3113
Omaha, NE 68102

Harlem Furniture Company
8027 S. Cicero Avenue
Chicago, IL 60652

JP Morgan Chase Bank
PO Box 9013
Addison, TX 75001

JP Morgan Chase Bank, N.A.
c/o National Bankruptcy Services, LLC
P.O Box 9013
Addison, TX 75001

Kay Jewelers
375 Ghent Road
Akron, OH 44333

DSNB Macy S Citibank
1000 Technology Drive MS 777
O Fallon, MO 63368

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

Quantum3 Group LLC
C/o Comenity Bank
PO Box 788
Kirkland, WA 98083

Quantum3 Group LLC
C/o MOMA Trust LLC
PO Box 788
Kirkland, WA 98083

Sears/CBNA
PO Box 6282
Sioux Falls, SF 57117

Synchrony Bank
c/o PRA Receivables Management
PO Box 41021
Norfolk, VA 23541

TD Bank/Target Credit Card
PO Box 673
Minneapolis, MN 55440

CBNA
50 Northwest Point Road
Elk Grove Village, IL 60007

Macy's/DSNB
PO Box 8218
Mason, OH 45040

Portfolio Recovery Assoc
c/o Menards, Up Other
PO Box 41067
Norfolk, VA 23541

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 21-06317 |
| Carlos Torres, ) | | |
| ) | Chapter: | 13 |
| Debtor. ) | | |
| ) | Honorable Judge: | David D. Cleary |

### MOTION TO VACATE DISMISSAL

NOW COMES Carlos Torres "Debtor" by and through attorney, Michael J. Gunderson, The Gunderson Law Firm move this Honorable Court to vacate the Order granting Trustee's Motion to Dismiss. In support thereof states as follows:

1. That on May 14, 2021, the Debtor herein filed a petition for relief pursuant to Chapter 13 of the United States Bankruptcy Code.

2. That on September 20, 2021, this Honorable Court confirmed the Debtor's Chapter 13 Plan, providing that the debtor makes Trustee payments of $700.00 for 60 months paying secured creditors 100% of their allowed claims, and unsecured creditors 100% of their allowed claims.

3. On December 12, 2022, this Honorable Court entered an Order granting the Chapter 13 Trustee's Motion to Dismiss for failure to make plan payments.

4. That the Debtor has incurred a default to the Chapter 13 Trustee over the duration of the instant case due to him being unemployed from January 2022 to April 25, 2022. Furthermore, during that time the Debtor had unforeseen household expenses.

5. Debtor respectfully requests this Honorable Court to vacate the Order Granting Motion to Dismiss for failure to make plan payments entered on December 12, 2022, at docket entry number 41.

6. That based on the timely filed claims of the instant case there remains a balance due of approximately $13,500.00 with an estimated 21 months remaining.

7. That if the plan default were deferred to the end of the plan term, there would be no change to the Plan payments or to the dividend to unsecured creditors and the Debtor would eventually be able to complete his plan payments and obtain a discharge.

8. That the Debtor is in a position to proceed with the instant case.

9. That the Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, for the reasons set forth above, Carlos Torres respectfully requests that this Honorable Court enter an order:

A. Vacating the Order granting the Trustee's Motion to Dismiss on December 12, 2022, at docket entry number 41.
B. Deferring the current plan default to the end of the plan term.
C. And for such other and further relief as this Court deems just and fair.

Respectfully Submitted,

/s/ Michael J. Gunderson
Attorney for Debtor

The Gunderson Law Firm
2155 W. Roscoe Street
Chicago, Illinois 60618
Tel:    312.600.5000