Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  Carlos Torres                                    )   Chapter  13
                                                         )
                                                         )   No.  21-06317
                                                         )
            Debtor(s)                                    )   Judge David D. Cleary

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on February 6, 2023, at 1:30 pm, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Petitioners [to/for] Withdraw as Counsel, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:  David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

## CERTIFICATE OF SERVICE

I, __David Freydin_____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on __January 10, 2023_____, at __5:00 pm____.

 

/s/ David Freydin
_____
[Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 21-06317<br>Northern District of Illinois<br>Eastern Division<br>Mon May 24 15:18:36 CDT 2021 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Affirm Inc.<br>2828 N. Clark St.<br>#426<br>Chicago, IL 60657-8140 | Affirm Inc.<br>650 California St. Fl 12<br>#426<br>San Francisco, CA 94108-2716 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Citibank<br>701 E. 60th St. North<br>Sioux Falls, SD 57104-0493 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | First Financial Credit Union<br>5550 W. Touhy Ave<br>Suite 102<br>Skokie, IL 60077-3265 | (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 |
| Harlem Furniture Company<br>8027 S. Cicero Avenue<br>Chicago, IL 60652-2003 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA<br>PO Box 9013<br>Addison, TX 75001-9013 | Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333-4600 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sears / CBNA<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Synchrony Bank<br>c/o PRA Receivables Management<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TD Bank/Target Credit Card<br>PO Box 673<br>Minneapolis, MN 55440-0673 | Brian P Deshur<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Carlos Torres<br>5211 S. Richmond<br>Chicago, IL 60632-2249 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CBNA                              First National Bank of Omaha         MACY'S/DSNB
50 Nortwest Point Road            1620 Dodge Street, Stop code 3105    PO Box 8218
Elk Grove Village, IL 60007       Omaha, NE 68197                      Mason, OH 45040



Portfolio Recovery Assoc          (d)Portfolio Recovery Assoc
c/o Menards                       c/o Up Other
PO BOX 41067                      PO BOX 41067
Norfolk, VA 23541                 Norfolk, VA 23541




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Synchrony Bank                      End of Label Matrix
c/o PRA Receivables Management, LLC    Mailable recipients   26
PO Box 41021                           Bypassed recipients    1
Norfolk, VA 23541-1021                 Total                 27
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In the Matter of:** | } |
| | } Case No. 21-06317 |
| Carlos Torres | } |
| | } Honorable Judge David D. Cleary |
| | } |
| **Debtor(s)** | } Chapter 13 |

### MOTION TO WITHDRAW AS ATTORNEYS FOR THE DEBTOR

Now come the petitioners, David Freydin and Brian Deshur, attorneys for the Debtor(s), Carlos Torres, moving this Court for an order to withdraw as counsel for the Debtor(s), states as follows:

1. Pursuant to Rule 2091-1, David Freydin, Brian Deshur and the Law Offices of David Freydin, presently attorneys of record for Debtor Carlos Torres in the above-captioned matter seek to withdraw as attorneys of record for Mr. Torres citing a breakdown in communication.

2. Due to the breakdown in communication, the above-referenced attorneys are no longer able to effectively serve as counsel for Mr. Torres.

3. The Law Offices of David Freydin has sent a copy of this motion to Mr. Torres, the Chapter 13 Trustee, and all creditors.

4. Wherefore, the Law Offices of David Freydin respectfully request that this Court grant this motion to withdraw as attorneys of record, afford Mr. Torres the opportunity to obtain other counsel, if he so desires, and grant such other relief as this court deems equitable and just.

WHEREFORE the petitioner prays as follows:

    That The Law Offices of David Freydin be granted leave to withdraw as counsel for the Debtor.


/s/ David Freydin          1/10/2023
David Freydin                Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 3012
Skokie, IL  60077
Phone: 847.972.6157